JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY EGGLESTON, MONICA ABBOUD, and LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REWARD ZONE USA LLC; DOES 1-10 Inclusive,<br><br>Defendant. | Case No.: 2:20-cv-01027-SVW-KS<br><br>**ORDER GRANTING STAY** |

1    The Court, having considered the Parties' stipulation to Stay pending the Supreme Court's decision in *Duguid*¸ hereby GRANTS the Parties' Stipulation and ORDERS as follows:

   1.    This case is STAYED pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511(U.S.).

   2.    The Parties shall file a joint status report no later than fourteen (14) days after the issuance of a ruling in *Duguid*, addressing the impact of the decision on the litigation of this case.

   **IT IS SO ORDERED.**

DATED: September 16, 2020

_____
HONORABLE STEPHEN V. WILSON