1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | LUCINE TRIM individually and on
behalf of all others similarly situated,

Case No.:  2:20-cv-01027-SVW-KS

**PARTIAL JUDGMENT**

Plaintiffs,

vs.

REWARD ZONE USA LLC; DOES
1-10 Inclusive,

Defendant.

18    Pursuant to the Order of the Court, *Dkt. 48*, **IT IS THEREFORE**
**ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered for
Defendant as to Plaintiffs' first and second claim as alleged in the Third Amended
Complaint, *Dkt. 33*, and that Plaintiffs shall take nothing on these claims.

Dated this 28th day of April, 2022, at Los Angeles, California.

_____

Honorable Stephen V. Wilson
Judge of the United States District Court

1

PARTIAL JUDGMENT FOR DEFENDANT REWARD ZONE USA, LLC