SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
E mail:        jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
Neil Asnen (*pro hac vice* forthcoming)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:  212-246-0900
Facsimile:   212-216-9559
E mail:        nasnen@kleinmoynihan.com

Attorneys for Defendant
REWARD ZONE USA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>REWARD ZONE USA LLC; DOES 1-10 Inclusive,<br><br>              Defendant. | Case No.: 2:20-cv-01027-SVW-KS<br><br>**STIPULATION TO STAY** |

Under Local Rule 7-1, plaintiff Lucine Trim ("Plaintiff") and defendant Reward Zone USA LLC ("Defendant"), by and through their respective counsel, hereby STIPULATE as follows:

WHEREAS, on January 28, 2022, the Court issued an Order granting Defendant's Motion to Dismiss the Third Amended Complaint, dismissing Plaintiff's first and second causes of action with prejudice and dismissing Plaintiff's third and fourth causes of action without prejudice and with leave to amend;

WHEREAS, on February 11, 2022, Plaintiff filed a Fourth Amended Complaint, which Defendant answered on February 25, 2022;

WHEREAS, on February 25, 2022, Plaintiff filed an Unopposed Motion for Entry of Judgment pursuant to Fed. R. Civ. P. 54(b) on Plaintiff's first and second claims as alleged in the Third Amended Complaint which were dismissed by the Court's January 28, 2022 Order;

WHEREAS, on April 28, 2022, the Court granted Plaintiff's Unopposed Motion and entered judgment for Defendant as to Plaintiff's first and second claims as alleged in the Third Amended Complaint (the "Judgment");

WHEREAS, Plaintiff intends to file a timely notice of appeal of the Judgment with the United States Court of Appeals for the Ninth Circuit;

WHEREAS, the Court directed the parties to file a stipulation to stay this case for the duration of Plaintiff's appeal.

NOW, THEREFORE, the Parties hereby stipulate and agree that this case should be stayed pending resolution of Plaintiff's appeal of the Judgment by the United States Court of Appeals for the Ninth Circuit.

1  Dated: May 4, 2022

2
3                                      By:    /s/ Jay T. Ramsey
                                               JAY T. RAMSEY
4                                             Attorneys for Defendant
                                             Reward Zone USA, LLC
5
6  Dated: May 4, 2022           By:
7                                              /s/ Todd M. Friedman
                                             TODD M. FRIEDMAN
8                                             Attorneys for Plaintiff
                                                  Lucine Trim
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28