Name: Todd M. Friedman
Address: 21031 Ventura Blvd, Ste. 340
City, State, Zip: Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
E-Mail: tfriedman@toddflaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUCINE TRIM individually and on behalf of all others similarly situated,

PLAINTIFF(S),

v.

REWARD ZONE USA LLC; DOES 1-10 Inclusive,

DEFENDANT(S).

CASE NUMBER:

2:20-cv-01027-SVW-KS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Lucine Trim_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

## Civil Matter

☒ Order (specify):
Order Granting Defendant's Motion To Dismiss Third Amended Complaint (Dkt. No. 42).

☒ Judgment (specify):
Dkt. No. 50

☐ Other (specify):

Imposed or Filed on _April 28, 2022_. Entered on the docket in this action on _4/28/2022_.

A copy of said judgment or order is attached hereto.

May 20, 2022
Date

/s Todd M. Friedman
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## **CERTIFICATE OF SERVICE**

Filed electronically on this 20th Day of May, 2022, with:

United States District Court CM/ECF system

Notification sent electronically on this 20th Day of May, 2022, to:

Honorable Judge Stephen V. Wilson
United States District Court
Central District of California


And all Counsel of Record as recorded on the Electronic Service List.

s/Todd M. Friedman
Todd M. Friedman, Esq.